

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| COMPASS BANK | § | |
| --- | --- | --- |
| | § | |
| V. | § | NO. 1:09-CV-233 |
| | § | |
| GOLDEN TRIANGLE PIPE AND | § | |
| WATER SUPPLIES, INC., and | § | |
| DANIEL WEBB | § | |

## MEMORANDUM ORDER ADOPTING
## REPORT AND RECOMMENDATION ON DEFAULT JUDGMENT

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this proceeding to United States Magistrate Judge Keith F. Giblin for consideration, hearing and a recommended disposition on the Plaintiffs' *Motion for Default Judgment* [Clerk's doc. #10].

On January 14, 2009, Judge Giblin entered his report on the pending motion for default judgment. Judge Giblin recommended that this District Court grant the Plaintiffs' motion and enter default judgment against Defendants.

To date, no party has filed objections to Judge Giblin's report. The Court has reviewed the motion for default judgment and Judge Giblin's findings and recommendation. After consideration, the Court agrees with the magistrate judge's *Report and Recommendation*.

Accordingly, the Court **ORDERS** that the Judge Giblin's *Report and Recommendation Re Motion for Default Judgment* [Clerk's doc. #12] is **ADOPTED.** Pursuant to the magistrate judge's recommendation, the Court further **ORDERS** that the Plaintiffs' *Motion for Default Judgment* [Clerk's doc. #10] is **GRANTED**.

Accordingly, the Court will enter final judgment separately in favor of Plaintiff and awarding damages in an amount of $1,088,816.13 as of October 9, 2009, with interest accruing thereafter at $120.83 per diem until date of final judgment, plus attorney's fees and costs of court, and bearing the applicable post-judgment interest compounded annually until paid. The applicable interest rate will be reflected in the final judgment.

So **ORDERED** and **SIGNED** this **9** day of **February, 2010.**

_____
Ron Clark, United States District Judge